United States District Court
for the District of New Jersey

_____  :
                                             :
**UNITED STATES OF AMERICA**                 :
                                             :  Crim. 96-185
      Plaintiff          :
                                             :
      vs.                :  Order of Reassignment
                                             :
**JUAN JERES-MUNOZ**                         :
                                             :
      Defendant          :
_____  :

It is on this 31st day of January 2012,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown Jr. to Judge Claire C. Cecchi.

                                                S/Jerome B. Simandle
                                        Jerome B. Simandle, Chief Judge
                                        United States District Court